Approved.
/s/ *Benita Y. Pearson* on 6/12/2023
United States District Judge

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **ELAINE M. JOHNSON**, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>**LOANDEPOT.COM, LLC, d/b/a LOANDEPOT**,<br><br>  Defendant. | Case No. 5:22-cv-00641-BYP<br><br>Judge Benita Y. Pearson<br><br>Magistrate Judge Amanda M. Knapp |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Elaine M. Johnson ("Plaintiff") and Defendant loanDepot.com, LLC ("Defendant"), through their respective Counsel, hereby stipulate and agree that pursuant to Civ. R. 41, all claims asserted by, or that could have been asserted by the Plaintiff against the Defendant are hereby dismissed *with prejudice*. Each party shall bear its own attorneys' fees and costs.

Respectfully Submitted,

| | |
|---|---|
| /s/Brian D. Flick, Esq.<br>Marc E. Dann (0039425)<br>Daniel M. Solar (0085632)<br>Brian D. Flick (0081605)<br>Michael A. Smith, Jr. (0097147)<br>**DANN LAW**<br>15000 Madison Ave.<br>Lakewood, OH 44107<br>Telephone: (216) 373-0539<br>Facsimile: (216) 373-0536<br>notices@dannlaw.com<br>*Counsel for Plaintiff* | /s/Nicholas D. O'Conner (per email consent 06/09/2023)<br>Nicholas D. O'Conner (0100807)<br>Thomas J. Cunningham (IL 6215928)<br>Locke Lord LLP<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 443-0700<br>noconner@lockelord.com<br>tcunningham@lockelord.com<br><br>*Counsel for Defendant loanDepot.com LLC d/b/a loanDepot* |